```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MATTHEW ANDERSON,                                                      :
                                                                       :
                            Plaintiff,                                 :
                                                                       :        23 Civ. 6338 (JPC)
             -v-                                                       :
                                                                       :        ORDER
FOUNDRY LIGHTING ONLINE LLC,                                           :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 28, 2023, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 7. Defendant's deadline to respond to the Complaint was therefore August 18, 2023. *See* Fed. R. Civ. P. 12(a)(1(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until September 5, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by September 12, 2023.

SO ORDERED.

Dated: August 31, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge